STATE of Missouri, Respondent,

v.

Kevin L. CLARK, Appellant.

No. WD 64724.

Missouri Court of Appeals,
Western District.

June 27, 2006.

Ellen H. Flottman Columbia, MO, for appellant.

Shaun J. Mackelprang, Assistant Attorney General, Jefferson City, MO, for respondent.

Before ULRICH, P.J.,
BRECKENRIDGE and ELLIS, JJ.

### ORDER

PER CURIAM.

Kevin L. Clark appeals his convictions and sentences for first degree assault, under section 565.050, RSMo 2000, and armed criminal action, under section 571.015, RSMo 2000. Because a published opinion would have no precedential value, a memorandum has been provided to the parties.

The judgment is affirmed. Rule 30.25(b).